

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00554-CR

The State of Texas
v.
Javier Bonifacio Barrera Alaniz

On appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Cause No. CR-13-03702-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the cause remanded. The Court orders the judgment of the trial court REVERSED and the cause REMANDED for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

November 10, 2016